UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER K. VEHRS, | CASE NO. CV-F-10-1462 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| FIRESTEED CORP., et al., | |
| Defendants. _____ / | |

On August 19, 2010, Plaintiff filed a notice of voluntary dismissal without prejudice in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE the action.

Dated: August 20, 2010              /s/ Lawrence J. O'Neill
                                    HONORABLE LAWRENCE J. O'NEILL
                                    UNITED STATES DISTRICT JUDGE